FILED

2015 FEB -2 PM 2: 14

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY 7H DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHINEAS C. BOLDEN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | CASE NO. 14CV1380 BEN (JMA)<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION**<br><br>**(2) GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>[Docket Nos. 11, 12] |

　　　　On June 5, 2014, Plaintiff Phineas C. Bolden commenced an action seeking judicial review of a denial of disability benefits. (Docket No. 1.) Defendant Commissioner of Social Security filed a Motion to Dismiss the Complaint as untimely on August 25, 2014 . (Docket No. 11.) Plaintiff did not oppose the motion. On December 11, 2014, Magistrate Judge Jan M. Adler issued a thoughtful and thorough Report and Recommendation recommending that Defendant's Motion to Dismiss be granted. (Docket No. 12). Any objections to the Report and Recommendation were due December 30, 2014. (*Id.*) Neither party has filed any objections. For the reasons that follow, the Report and Recommendation is **ADOPTED**.

///

///

1  A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. FED. R. CIV. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). "The district judge must determine de novo any part of the [report and recommendation] that has been properly objected to." FED. R. CIV. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

In the absence of any objections, the Court fully **ADOPTS** Judge Adler's Report and Recommendation. Defendant's Motion to Dismiss is **GRANTED**. Plaintiff's Complaint is **DISMISSED**. The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: 2/2/15

HON. ROGER T. BENITEZ
United States District Judge